IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ADDIE GREEN ADMINISTRATRIX OF THE ESTATE
OF ROBERT LEE, DECEASED, AND THE SURVIVING
STATUTORY HEIRS OF DECEDENT, ROBERT LEE               PLAINTIFFS

V.                                      CIVIL ACTION NO.:   3:03cv1388WSu

COPIAH COUNTY, THE COPIAH COUNTY BOARD OF
SUPERVISORS, THE COPIAH COUNTY SHERIFF'S
DEPARTMENT, SHERIFF FRANK AINSWORTH, INDIVIDUALLY
AND IN HIS OFFICIAL CAPACITY, DEPUTY SHERIFF
DAVID McMILLIAN, INDIVIDUALLY AND IN HIS OFFICIAL
CAPACITY, AND JOHN DOE                                DEFENDANTS

## FINAL JUDGMENT

THIS CAUSE having come on to be heard before the United States District Judge Henry T. Wingate and a duly empaneled jury on Tuesday, October 2, 2007 and said trial continuing through Friday, October 5, 2007, the jury returned the following verdicts as to the issue of Plaintiff's claims against Defendant David McMillian under 42 U.S.C. §1983 and for violations of Robert Lee's rights afforded by the United States Constitution:

As to Defendant David McMillian, the jury found for Defendant David McMillian.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the jury's verdict as to Defendant David McMillian is hereby *upheld* by this Court.

IT IS FURTHER ORDERED AND ADJUDGED that in accordance with the verdict of the jury, final judgment is hereby entered in favor of Defendant David McMillian, in all capacities, on all claims brought by Plaintiff under 42 U.S.C. §1983 and for violations of Robert Lee's rights afforded by the United States Constitution, and that this cause is hereby dismissed with prejudice in its entirety.

SO ORDERED this the 17th day of October, 2007.

s/ HENRY T. WINGATE

PREPARED BY:                              _____
                                          UNITED STATES DISTRICT JUDGE

SHANNON LAW FIRM, PLLC
JAMES D. SHANNON (MSB # 6731)
ELISE B. MUNN (MSB #9654)
KELLEY M. BERRY (MSB #99116)
100 WEST GALLATIN STREET
HAZLEHURST, MS  39083
TELEPHONE:      (601) 894-2202
FACSIMILE:      (601) 894-5033